Ronald M. Horwitz, Esq., #005655
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WILLIAM EARL LAMBERSON and<br>KIMBERLY ANN LAMBERSON<br><br>Debtors. | Chapter 13<br><br>Case No: 2-09-bk-04636-RTB |
| WELLS FARGO FINANCIAL ARIZONA, INC.,<br><br>Movant,<br><br>v.<br><br>WILLIAM EARL LAMBERSON and<br>KIMBERLY ANN LAMBERSON and<br>RUSSELL BROWN, Trustee,<br><br>Respondents. | **NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

**TO DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE
AND OTHER PARTIES-IN-INTEREST**

NOTICE IS HEREBY GIVEN, pursuant to General Order Number 47, that the above Movant has filed a Motion for Relief From the Automatic Stay and Request for Adequate Protection in the above referenced Chapter 13 Proceeding.

In the Motion for Relief from the Automatic Stay, the Movant has alleged as follows:

1. The Movant has a perfected lien on the real property described in the Note and Deed of Trust dated November 14, 2006.

2. That the Debtors have been unable to afford Movant adequate protection for its interest in said real Property.

3. That there is little equity in said real Property for the Bankruptcy Estate and said Property is not necessary for an effective reorganization.

4. That Movant should be permitted to foreclose its liens upon said real property.

That the stay afforded by 11 U.S.C. § 362 should be modified to permit Movant to foreclose its liens on the real property described in its Motion on file herein.

Any objection or response to the Motion for Relief From the Automatic Stay and Request for Adequate Protection must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Movant's attorney, RONALD M. HORWITZ, JABURG & WILK, P.C., 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012

FURTHER NOTICE IS HEREBY FURTHER GIVEN that if no written objection or response to the Motion for Relief from the Automatic Stay and Request for Adequate Protection is filed within fifteen (15) days of the date of service of this Notice, the Motion for Relief from the Automatic Stay and Request for Adequate Protection may be granted, without further hearing.

RESPECTFULLY SUBMITTED this 9th day of June, 2009.

**JABURG & WILK, P.C.**

   s/ Ronald M. Horwitz
Ronald M. Horwitz
Attorneys for Movant

**COPY** of the foregoing mailed
this 9th day of June, 2009, to:

WILLIAM EARL LAMBERSON
KIMBERLY ANN LAMBERSON
7206 S. 30 Lane
Phoenix, AZ  85041

LAWRENCE D. HIRSCH
7310 N. 16th St., #330
Phoenix, AZ  85020

RUSSELL BROWN
Suite 800
3838 N. Central Avenue
Phoenix, AZ  85012-1965


  s/ Jeanette Chavez