**SO ORDERED.**

Ronald M. Horwitz, Esq., #005655
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Movant

Dated: July 14, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WILLIAM EARL LAMBERSON and<br>KIMBERLY ANN LAMBERSON<br><br>Debtors.<br><br>--------<br><br>WELLS FARGO FINANCIAL ARIZONA, INC.,<br><br>Movant,<br><br>v.<br><br>WILLIAM EARL LAMBERSON and<br>KIMBERLY ANN LAMBERSON and<br>RUSSELL BROWN, Trustee,<br><br>Respondent. | Chapter 13<br><br>No: 2-09-bk-04636-RTB<br><br><br><br>**ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion; respectively; that the Debtors have defaulted in their post-petition installment payments and cause exists for lifting the automatic stay; that the Debtors have been unable to afford Movant adequate protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

> LOT 76, OF LAVEEN VILLAGE-AMENDED, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 606 OF MAPS, PAGE 19.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

**COPY** of the foregoing mailed
this 9th day of June, 2009, to:

WILLIAM EARL LAMBERSON
KIMBERLY ANN LAMBERSON
7206 S. 30 Lane
Phoenix, AZ 85041

LAWRENCE D. HIRSCH
7310 N. 16th St., #330
Phoenix, AZ 85020

RUSSELL BROWN
Suite 800
3838 N. Central Avenue
Phoenix, AZ 85012-1965

DAVID M. REAVES
P.O. Box 44320
Phoenix, AZ 85064-4320

  s/ Jeanette Chavez

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012